**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> **COMMONWEALTH OF** ) <br> **PENNSYLVANIA, DEPARTMENT OF** ) <br> **ENVIRONMENTAL PROTECTION,** ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **HILCORP ENERGY COMPANY,** ) <br> ) <br> Defendant. ) | 2:24cv1596 <br> **Electronic Filing** |

## ORDER OF COURT

AND NOW, this 13th day of January, 2025, upon due consideration of plaintiffs' unopposed motion to enter consent decree, IT IS HEREBY ORDERED that [15] the motion be, and the same here by is, granted.

IT IS FURTHER ORDERED that [3-1] the consent decree lodged on November 21, 2024 be, and the same hereby is, approved and will be entered as a Final Judgment in this action. The court finds that the terms set forth in the consent decree are fair, reasonable, adequate, and consistent with the goals of the Clean Air Act. The court further finds that the terms of the consent decree resulted from arm's length negotiations.

IT IS FURTHER ORDERED the above-referenced action is dismissed; provided, however, that nothing herein shall affect the terms of the consent decree entered this day and that this court retains jurisdiction to enforce the terms of the consent decree as entered. The Clerk is directed to mark this case as CLOSED.

s/David Stewart Cercone
David Stewart Cercone
Senior United States District Judge

cc: Jason Dunn, Esquire
Paul E. Skirtich, AUSA
Gina F. Buchman, Esquire
James D. Mazzocco, Esquire
Joseph V. Schaeffer, Esquire

(*Via CM/ECF Electronic Mail*)